UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF ANTILL PIPELINE CONSTRUCTION CO.,<br>INC. | CIVIL ACTION<br><br>NO. 09-3646 & consol.<br>cases<br><br>SECTION "C" (2) |

ORDER

IT IS ORDERED that the motion to extend deadlines filed by Antill Pipeline Construction Company, Inc. is PARTIALLY GRANTED as to the extension for depositions and PARTIALLY DENIED in all other respects. (Rec. Doc. 603).

New Orleans, Louisiana, this 18th day of July, 2012.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE