UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT<br>OF ANTILL PIPELINE CONSTRUCTION CO.,<br>INC. | CIVIL ACTION<br><br>NO. 09-3646 & consol. cases<br>Pertains to: 09-3646 & 10-2633<br><br>SECTION "C" (3) |

### ORDER & REASONS

Before the Court is a motion filed by all claimants (except those of the Carrere family) to exclude the testimony of F.M. Brooks, Rec. Doc. 604, and opposed by Antill, Rec. Doc. 620.  Having considered the record, the memoranda of counsel, and the law, the Court will allow the testimony of F.M. Brooks concerning the lights at issue, but only on the same condition as it allows the testimony of Tim Anselmi—that Chester Kramer testifies prior to either expert.  Without evidence that the lights tested were the lights in use at the time of the accidence, Brooks' report is not relevant.

Accordingly, IT IS ORDERED that the motion in limine to exclude Brooks' testimony is conditionally **DENIED**.  Rec. Doc. 604.

New Orleans, Louisiana, this 23rd day of January, 2013.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE